<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number <em>(if known)</em> _____</td><td>Chapter <u>11</u></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JHRG Manufacturing LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4594428** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**4125 NC 581 Hwy**<br>**Louisburg, NC 27549**<br>Number, Street, City, State & ZIP Code<br><br>**Franklin**<br>County |

**Mailing address, if different from principal place of business**

**PO Box D**
**Spring Hope, NC 27882**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **JHRG Manufacturing LLC**                                    Case number (*if known*) _____
      <sub>Name</sub>

**7.** **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
       http://www.uscourts.gov/four-digit-national-association-naics-codes.

       _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check **all** that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ☐ No.

    ■ Yes.

| District | **EDNC** | When | **6/30/25** | Case number | **25-02484** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **JHRG Manufacturing LLC**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor   **JHRG Manufacturing LLC**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor   **JHRG Manufacturing LLC**
Name

Case number (*if known*) _____

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 20, 2025**
MM / DD / YYYY

**X** **/s/ John E. Holland**
Signature of authorized representative of debtor

**John E. Holland**
Printed name

Title   **Member/Manager**

**18. Signature of attorney**

**X** **/s/ Benjamin R. Eisner**
Signature of attorney for debtor

Date   **August 20, 2025**
MM / DD / YYYY

**Benjamin R. Eisner 42241**
Printed name

**The Law Offices of**
Firm name

**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone   **252-633-1930**      Email address _____

**42241 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JHRG Manufacturing LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IRS Attn: Manager or Agent PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $224,926.78 |
| IRS Attn: Manager or Agent PO Box 7346 Philadelphia, PA 19101-7346 | | Metal Building located at 4125 NC 581 Hwy, Louisburg, NC | | $202,352.27 | $331,000.00 | $124,952.27 |
| IRS Attn: Manager or Agent PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $65,004.93 |
| USI Insurance Services Attn: Managing Agent PO Box 62819 Virginia Beach, VA 23466 | | | | | | $5,582.83 |
| Uline Attn: Managing Agent 12575 Uline Dr. Pleasant Prairie, WI 53158 | | | | | | $126.50 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  __JHRG Manufacturing LLC__ _____    Case No. _____
                                    Debtor(s)                 Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Connie Holland** <br> **6577 Vance St.** <br> **Bailey, NC 27807** | | **50** | **Member/Manager** |
| **John E. Holland** <br> **6577 Vance St.** <br> **Bailey, NC 27807** | | **50** | **Member/Manager** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 20, 2025** _____        Signature   **/s/ John E. Holland** _____
                                                                       **John E. Holland**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   __JHRG Manufacturing LLC__                                        Case No. _____

                                       Debtor(s)            Chapter   __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   __August 20, 2025__            /s/ John E. Holland
                                       **John E. Holland**/**Member/Manager**
                                       Signer/Title

JHRG MANUFACTURING LLC
PO BOX D
SPRING HOPE, NC 27882

BENJAMIN R. EISNER
THE LAW OFFICES OF
GEORGE OLIVER, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF COMMERCE
ATTN: SHARON A. JOHNSTON
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE
ATTN:  MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

CONNIE HOLLAND
6577 VANCE ST.
BAILEY, NC 27807

CORPORATION SERVICE COMPANY
ATTN: MANAGING AGENT
PO BOX 2576
SPRINGFIELD, IL 62708

CORPORATION SERVICE COMPANY
ATTN: MANAGING AGENT
801 ADLAI STEVENSON DR.
SPRINGFIELD, IL 62703

JOHN E. HOLLAND
6577 VANCE ST.
BAILEY, NC 27807

NECTO, INC.
ATTN: MANAGING AGENT
1061 PERUQUE CROSSING CT.
O FALLON, MO 63366

WILLIAM W. PETTIT
ATTY FOR WBL
6230 FAIRVIEW RD., STE 315
CHARLOTTE, NC 28210

ULINE
ATTN: MANAGING AGENT
12575 ULINE DR.
PLEASANT PRAIRIE, WI 53158

USI INSURANCE SERVICES
ATTN: MANAGING AGENT
PO BOX 62819
VIRGINIA BEACH, VA 23466

WORLD BUSINESS LENDERS
ATTN: MANAGING AGENT
PO BOX 479
ELMSFORD, NY 10523

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **JHRG Manufacturing LLC**
_____
Debtor(s)

Case No. _____
Chapter   **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JHRG Manufacturing LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:



■ None [*Check if applicable*]




**August 20, 2025**
_____
Date

**/s/ Benjamin R. Eisner**
_____
**Benjamin R. Eisner 42241**
Signature of Attorney or Litigant
Counsel for   **JHRG Manufacturing LLC**
_____
**The Law Offices of**
**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**